UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEX JACOBS, ON BEHALF OF
HIMSELF AND THOSE SIMILARLY
SITUATED,

Plaintiffs,

-vs-                                                    Case No. 6:08-cv-597-Orl-28DAB

FORE PROPERTY COMPANY,

Defendant.
_____

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 17) filed October 17, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 22, 2008 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Settlement is approved as a fair and reasonable resolution of a bona fide dispute of Fair Labor Standard Act issues.

3. This case is dismissed and the Clerk is directed to close the file.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida this ___13___ day of November, 2008.

                                                JOHN ANTOON II
                                               United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party